In the Matter of the Application for an Order of Certiorari by 153 EAST 87TH STREET CORPORATION and Others, Respondents, against WILLIAM E. WALSH and Others, and STANHOPE ESTATES, INC., Intervening, Appellants.— Order of reference reversed, with ten dollars costs and disbursements to the appellants, and the matter remitted to the court at Special Term to take any proof that may be necessary with respect to the premises or the surroundings thereof. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM L. GRIFFIN, as Receiver of BOONTON-CALDWELL-NEW YORK BUS COMPANY, a Corporation of New Jersey, Respondent, v. GRAY LINE MOTOR TOURS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WORTH, INC., Respondent, v. LOUIS TOPLITZ, Defendant, and LOGAN HOSIERY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RUTH M. MANGAN, as Administratrix, etc., of BEATRICE MANGAN, Deceased, Appellant, v. FEODOR VON RAITZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL DROSHNICOP, Respondent, v. BANCO DI ROMA, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted increasing the security by the additional sum of twenty thousand dollars. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE A. GLOOR, Appellant, v. MAUDE NATALEE DENNEY SPRINGER, Sometimes Known as MAUDE NATALEE GLOOR, Respondent.— Order reversed, with leave to the defendant to answer within twenty days from service of order, setting up in said answer the defense of lack of jurisdiction by reason of the non-residence of the plaintiff; and the matter remitted to the court at Special Term for consideration of the defendant's alternative motion to stay proceedings herein pending determination of the matrimonial suit between the parties pending in the State of Michigan. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIDNEY WANDER, Respondent, v. FELIX WAKLEY, Defendant. HY-TEST CEMENT CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Hy-Test Cement Co., Inc., to appear generally and answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOPHIE FLOOR, Appellant, v. EDWARD FLOOR, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.